IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RUDY ELIAS MARTINEZ,** | ) | 1:07-cv-0512-OWW WMW HC |
| Petitioner, | ) ) | ORDER VACATING FINDINGS AND |
| vs. | ) ) | RECOMMENDATIONS RE DISMISSAL OF PETITION |
| **BEN CURRY,** | ) ) | FOR FAILURE TO OBEY COURT ORDER |
| Respondent. | ) ) | [Doc. 10] |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 8, 2008, this court entered an order granting Petitioner's motion for stay of the proceedings and ordering to file a status report regarding his petition now pending in the California Supreme Court on March 1, 2008, and every thirty days thereafter.

Additionally, the court ordered Petitioner to immediately inform this court when the California Supreme Court rules on his case.

Petitioner did not file a status report on March 1, 2008, and so did not obey this court's order.  On March 17, 2008 the undersigned entered findings and recommendations that this petition be dismissed for failure to comply with a court order.  On April 10, 2008, Petitioner filed objections to the court's findings and recommendations in which he explains that he never received a copy of the court's February 8, 2008 order. Also on April 10, 2008, Petitioner filed a status report, stating that his case was pending before the California Supreme Court.  Petitioner subsequently filed a second status report, stating that as of May 1, 2008, his case was still pending before the California Supreme Court.

In light of the foregoing, IT IS HEREBY ORDERED that the findings and recommendations entered March 17, 2008, are HEREBY VACATED.  This case remains stayed pursuant to the court's order of February 8, 2008.

IT IS SO ORDERED.

**Dated:   June 2, 2008**              /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE