IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUDY ELIAS MARTINEZ,** | 1:07-cv-0512-OWW WMW HC |
| Petitioner, | **ORDER GRANTING MOTION TO LIFT STAY AND REQUIRING PETITIONER TO FILE FIRST AMENDED PETITION** |
| vs. | |
| **BEN CURRY,** | |
| Respondent. | [Doc. 18] |
| | Thirty Day Deadline |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 8, 2008, this court granted Petitioner's motion for a stay in this case to allow Petitioner to exhaust his state judicial remedies. On September 3, 2008, Petitioner filed a status report in which he informed the court that the California Supreme Court has ruled on his case. Petitioner asks the court to lift the stay and allow this case to proceed.

Based on the above, IT IS HEREBY ORDERED as follows:

1) The stay previously imposed in this case is LIFTED;

2) Petitioner shall file a First Amended Petition within thirty (30) days of the date of service of this order, including ALL of his claims, including the newly exhausted claim, in this one petition.

IT IS SO ORDERED.

**Dated:   September 9, 2008**           /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE