IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ELIAS MARTINEZ,<br><br>    Petitioner,<br><br>    vs.<br><br>BEN CURRY,<br><br>    Respondent.<br>_____/ | 1:07-cv-00512-OWW-WMW-(HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(DOCUMENT #21)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 10, 2008, Petitioner filed a motion to extend time to file a first amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a first amended petition.

IT IS SO ORDERED.

**Dated:   October 16, 2008**                  /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE